RECEIVED
IN LAKE CHARLES, LA

MAY 26 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **RENEL OSIAS** | : | **DOCKET NO. 2:09-cv-450**<br>**SECTION P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **MICHAEL MUKASEY, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Rolando Leonard filed a *habeas corpus* petition in the above-captioned matter on March 18, 2009. Doc. 1. On May 22, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Osias was released from institutional detention pursuant to an order of supervision pending removal on April 13, 2009. Doc. 10.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Osias shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this ___ day of _____, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE